# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

woates@faillacelaw.com

February 8, 2021

**Via ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2021
```

   Re: Barreto Pelon, *et al.* v. Gabi Operating Corp., *et al*
      Case No.: 19-cv-00502 (KPF) (RWL)

Dear Judge Lehrburger:

  Our office represents Plaintiffs in the above-captioned matter. We write to respectfully request a brief adjournment of the pre-settlement conference in this matter, which is currently scheduled for Monday, February 22, 2021 at 12:00 p.m. This is Plaintiffs' first request of its kind. The reason for this request is due to a scheduling conflict in the undersigned's schedule. Defendants consent to the within request.

  Subject to the Court's calendar, the parties are available for the pre-settlement conference on either Tuesday, February 23, 2021 or Thursday, February 25, 2021 at any time that is convenient for the Court.

  Plaintiffs thank the Court for its time and attention to this matter.

              Respectfully submitted,

              /s_____
              William K. Oates, Esq.
              Michael Faillace & Associates, P.C.
              *Attorneys for Plaintiffs*

cc: Ilan Weiser, Esq. (via ECF)
   Ellenoff Grossman & Schole LLP
   *Attorneys for Defendants*

1

The conference is rescheduled for February 23, 2021, at 4:00 p.m.

SO ORDERED:

2/9/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE