# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

woates@faillacelaw.com

March 1, 2021

**Via ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2021
```

    Re: Barreto Pelon, *et al.* v. Gabi Operating Corp., *et al*
      Case No.: 19-cv-00502 (KPF) (RWL)

Dear Judge Lehrburger:

  Our office represents Plaintiffs in the above-captioned matter. We write to respectfully request a brief adjournment of the settlement conference in this matter, which is currently scheduled for Monday, March 8, 2021 at 1:30 p.m. This is Plaintiffs' first request of its kind. Defendants consent to the within request.

  The reason for this request is that Plaintiff has been unable to locate documents that Defendants previously produced to Plaintiffs. Defendants have offered to re-send the documents within a week. Plaintiffs need to review these documents in order to prepare the required submissions and damages calculation in advance of the settlement conference. Plaintiffs apologize to the Court and to defense counsel for any inconvenience.

  Subject to the Court's calendar, the parties are available for the settlement conference on either Thursday, March 25, 2021, Friday, March 26, 2021, Friday, April 2, 2021 or Monday, April 5, 2021 at any time that is convenient for the Court.

  Plaintiffs thank the Court for its time and attention to this matter.

                Respectfully submitted,

                /s_____
                William K. Oates, Esq.
                Michael Faillace & Associates, P.C.
                *Attorneys for Plaintiffs*

cc:  Ilan Weiser, Esq. (via ECF)
    *Attorney for Defendants*

Adjournment granted. The settlement conference is rescheduled for Friday, April 2, 2021, at 9:30 a.m.

SO ORDERED:

3/2/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE