UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTEBAN FLORES BARRETO PELON,
ENRIQUE J. BALDERAS, FRANCISCO
FLORES BARRETO, *individually and
on behalf of other similarly situated, et
al.*,

                              Plaintiffs,

                    -v.-

GABI OPERATING CORP. *d/b/a*
Marinara Pizza, *formerly d/b/a* Saba's
Pizza, *et al.*,

                              Defendants.

                                                      19 Civ. 502 (KPF)

                                                      **ORDER**

KATHERINE POLK FAILLA, District Judge:

        The Court has been informed that the parties failed to reach a settlement

during proceedings before Magistrate Judge Lehrburger.  The parties are

hereby ORDERED to submit to the Court, on or before **August 3, 2021**, a joint

letter proposing next steps in this matter.  If the parties anticipate engaging in

discovery, the parties shall include with their letter a proposed Civil Case

Management Plan and Scheduling Order.

        SO ORDERED.

Dated:      July 13, 2021
            New York, New York

                                    _____
                                         KATHERINE POLK FAILLA
                                         United States District Judge