```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESTEBAN FLORES BARRETO PELON,
et al.,
                                                              19-CV-502 (KPF) (RWL)
                    Plaintiffs,

        - against -                                           ORDER

GABI OPERATING CORP. et al.,

                    Defendants.
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court applauds the parties' agreement on settlement. (*See* Dkt. 113.) Plaintiff need not request a pre-motion conference to file an amended complaint provided that Defendants consent to its filing. Absent agreement, Plaintiff should proceed with the request. The Amended Complaint or, in the absence of consent, the request for leave to amend, shall be filed by July 22, 2021. By July 29, 2021, the parties shall file a joint proposed schedule for class notice through approval.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: July 14, 2021
       New York, New York

Copies transmitted this date to all counsel of record.