UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTEBAN FLORES BARRETO PELON, ENRIQUE J. BALDERAS, FRANCISCO FLORES BARRETO, *individually and on behalf of other similarly situated, et al.*,

                Plaintiffs,

-v.-

GABI OPERATING CORP. *d/b/a* Marinara Pizza, *formerly d/b/a* Saba's Pizza, *et al.*,

                Defendants.

19 Civ. 502 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Counsel for Plaintiffs, Defendants, and Mr. Peral are hereby ORDERED to appear for a telephonic conference on **July 26, 2021, at 12:30 p.m.** At that time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference line will not be available before 12:30 p.m.

    SO ORDERED.

Dated:    July 26, 2021
             New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge