```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESTEBAN FLORES BARRETO PELON,
et al.,

                              Plaintiffs,

       - against -

GABI OPERATING CORP. et al.,

                            Defendants.
------------------------------------------------------------X

19-CV-502 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the teleconference held on February 8, 2022, the parties' time to file request for preliminary approval of settlement is extended until April 11, 2022.

                                                    SO ORDERED.

                                                    _____
                                                    ROBERT W. LEHRBURGER
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2022
          New York, New York

Copies transmitted this date to all counsel of record.

1