```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESTEBAN FLORES BARRETO PELON,           :
et al.,                                 :
                                        :   19-CV-502 (RWL)
                    Plaintiffs,         :
                                        :
        - against -                     :   ORDER
                                        :
GABI OPERATING CORP. et al.,            :
                                        :
                    Defendants.         :
                                        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held on April 8, 2022: By April 15, 2022, Plaintiffs shall file a letter brief of no more than 5 pages supporting their proposed plan for finalizing and obtaining court approval for the settlement previously agreed to by the parties. Defendants may file a response no later than April 22, 2022. The deadline for submitting settlement papers is extended to May 15, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 8, 2022
       New York, New York

Copies transmitted this date to all counsel of record.