# CSM Legal, P.C.
## Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 19, 2022

**<u>Via ECF</u>**

Hon. Robert W. Lehrburger  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2022
```

      Re:    Barreto Pelon, et al v. Gabi Operating Corp., et al  
             <u>Docket No.: 19-cv-00502 (RWL)</u>

Your Honor:

      Our office represents Plaintiffs in the above-referenced matter. I write to respectfully request a brief extension of time to file the parties' FLSA settlement agreement and fairness submission, from Thursday, April 28, 2022 to Tuesday, May 3, 2022. This is Plaintiffs' first request of its kind and will not affect any other deadlines. Defendants consent to the within request.

      The reason for the within request is because the undersigned is leaving for Europe this afternoon and will not be back in the office until Monday, April 25, 2022. A colleague will be preparing the settlement agreement and fairness submission in my absence for the undersigned's review upon my return.

      Plaintiffs thank the Court for its time and consideration of this matter.

                                      Respectfully submitted,

                                      /s/ William K. Oates  
                                      William K. Oates Esq.  
                                      CSM LEGAL, P.C.  
                                      *Attorneys for Plaintiffs*

cc:    Ilan Weiser, Esq. (via ECF)  
       *Attorney for Defendants*

SO ORDERED:  
/s/ Robert W. Lehrburger    4/19/2022  
HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*