# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                              Telephone: (212) 317-1200
New York, New York 10165                                                    Facsimile: (212) 317-1620

May 3, 2022

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 5/4/2022

**Via ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    Barreto Pelon, et al v. Gabi Operating Corp., et al
>        Docket No.: 19-cv-00502 (RWL)

Your Honor:

Our office represents Plaintiffs in the above-referenced matter. I write to respectfully request a second brief and final extension of time to file the parties' FLSA settlement agreement and fairness submission, from today, Tuesday, May 3, 2022, to Tuesday, May 10, 2022. This is Plaintiffs' second request of its kind. The Court granted Plaintiffs' first request. Defendants consent to the within request.

We apologize for making the within request beyond the deadline to do so. The parties have been working very diligently to finalize the terms and conditions of their FLSA settlement agreement. Towards that end, the parties have been speaking almost every day, including during this past weekend, and have exchanged several drafts of the FLSA agreement. One week's time will enable the parties to have additional time to attempt to finalize their FLSA agreement and then send it to our respective clients for review.

Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ William K. Oates
William K. Oates Esq.
CSM LEGAL, P.C.
*Attorneys for Plaintiffs*

cc:    Ilan Weiser, Esq. (via ECF)
       *Attorney for Defendants*

SO ORDERED:

_____ 5/4/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*