# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 10, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022
```

**Via ECF**  
Hon. Robert W. Lehrburger  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

> Re: Barreto Pelon, et al v. Gabi Operating Corp., et al  
> Docket No.: 19-cv-00502 (RWL)

Your Honor:

    Our office represents Plaintiffs in the above-referenced matter. I write to respectfully request a third and final extension of time to file the parties' FLSA settlement agreement and fairness submission, from today, Tuesday, May 10, 2022, to Friday, May 20, 2022. This is Plaintiffs' third request of its kind. The Court granted Plaintiffs' first two requests, which Defendants consented to. Defendants will agree, in good faith, to one further extension, as set forth above, but nothing more.

    Plaintiffs apologize for having to submit an application for the within extension. As stated in Plaintiffs' previous application to the Court, the parties continue to work diligently to finalize the terms and conditions of their FLSA settlement agreement, but remain at an impasse with respect to certain issues. The parties remain hopeful that they can agree to all terms and conditions of their FLSA agreement by the requested date. However, if the parties are unable to do, then Plaintiffs will notify the court of same and respectfully request that this matter proceed with discovery or in such other manner as the Court may direct.

    Plaintiffs will be submitting a similar application to the Court with respect to the filing of the Rule 23 class action settlement agreement and motion for preliminary approval.

    Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ William K. Oates  
William K. Oates Esq.  
CSM LEGAL, P.C.  
*Attorneys for Plaintiffs*

cc: Ilan Weiser, Esq. (via ECF)  
*Attorney for Defendants*

*Certified as a minority-owned business in the State of New York*

SO ORDERED:  
_____ 5/10/2022  
HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE