# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

May 20, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2022

**Via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:　Barreto Pelon, et al v. Gabi Operating Corp., et al
　　　Docket No.: 19-cv-00502 (RWL)

Your Honor:

Our office represents Plaintiffs in the above-referenced matter. I write to respectfully request a brief extension of time to file the parties' FLSA settlement agreement and fairness submission, from today, Friday, May 20, 2022, to Tuesday, May 24, 2022. This is Plaintiffs' fourth request of its kind. The Court granted Plaintiffs' first three requests, which Defendants consented to. Defendants consent to the within request but no further extensions.

This afternoon, the Parties finalized their proposed FLSA Agreement. Immediately thereafter, our office began scheduling meetings with Plaintiffs, to be held both in-person and remotely, for them to review and sign the FLSA settlement agreement. The extension requested herein should give our office enough time to meet with Plaintiffs so that we can review the agreement with them and address their questions.

Plaintiffs thank the Court for its time and consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ William K. Oates
　　　　　　　　　　　　　　　　　　　　　William K. Oates Esq.
　　　　　　　　　　　　　　　　　　　　　CSM LEGAL, P.C.
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

cc:　Ilan Weiser, Esq. (via ECF)
　　　*Attorney for Defendants*

The request for extension is denied as moot. The parties previously requested, and the Court granted, an extension as requested until June 3, 2022. See Dkt. 165.

SO ORDERED:

_/s/ Robert W. Lehrburger_　　5/23/2022
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*