# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510          Telephone: (212) 317-1200
New York, New York 10165          Facsimile: (212) 317-1620

June 3, 2022

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/5/2022

<u>Via ECF</u>
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Barreto Pelon, et al v. Gabi Operating Corp., et al
<u>Docket No.: 19-cv-00502 (RWL)</u>

Your Honor:

    Our office represents Plaintiffs in the above-referenced matter. I write to respectfully request the Court to permit the parties to file all materials necessary for preliminary approval of a Rule 23 class-wide settlement by June 24, 2022. Defendants consent to the within request.

    This evening, the Parties submitted their proposed FLSA Agreement for the Court's review. As of this time, however, there is no Court deadline for the parties to submit their Rule 23 class action settlement agreement and supporting documents. Accordingly, Plaintiffs respectfully request until June 24, 2022 to submit their Rule 23 class action settlement agreement and supporting documents.

    Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ William K. Oates
William K. Oates Esq.
CSM LEGAL, P.C.
*Attorneys for Plaintiffs*

cc: Ilan Weiser, Esq. (via ECF)
     *Attorney for Defendants*

SO ORDERED:

_____ 6/5/2022
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*