# CSM Legal, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620
_____

June 24, 2022

```
┌────────────────────────────────────┐
│ USDC SDNY                           │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #:_____             │
│ DATE FILED:__6/27/2022___           │
└────────────────────────────────────┘
```

**Via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Barreto Pelon, et al v. Gabi Operating Corp., et al
      Docket No.: 19-cv-00502 (RWL)

Your Honor:

Our office represents Plaintiffs in the above-referenced matter. I write to respectfully request an extension of time to file all materials necessary for preliminary approval of a Rule 23 class-wide settlement from today, June 24, 2022, to July 8, 2022. Defendants consent to the within request. The reason for the within request is the parties are in the process of finalizing the Rule 23 Class Settlement Agreement. Towards that end, counsel for the parties have a scheduled meeting on Monday, June 27, 2022, to discuss the terms of the Agreement that remain in issue.

Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ William K. Oates_
William K. Oates Esq.
CSM LEGAL, P.C.
*Attorneys for Plaintiffs*

cc:   Ilan Weiser, Esq. (via ECF)
      *Attorney for Defendants*

Granted. No further extensions absent compelling circumstances.

SO ORDERED:

_____ 6/27/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*