UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTEBAN FLORES BARRETO PELON, ENRIQUE J. BALDERAS, FRANCISCO FLORES BARRETO, EDGAR EDUARDO MONTERROSO LOPEZ, DAGOBERTO FLORES BARRETO, HECTOR PLIEGO MASTACHE, HILARIO BARRETO GARCIA (A.K.A. WILLY), JOSE MANUEL BARRETO CORTEZ, JUAN ZEFERINO, JOSE VICTOR GARCIA CASTELAN (A/K/A VICTOR GARCIA), SERGIO GARCIA CASTELAN, BALTAZAR DE LOS SANTOS HERNANDEZ, EDUARDO DE JESUS NORIEGA, FABIAN DE JESUS GREGORIO, HONORIO CANDIA LIBRADO, JUAN CARLOS CARDENAS, MARCELINO CRUZ, MELVIN RAMIREZ, MILAN FLORES HELADIO, RAUL VILLEGAS PERALTA, ANTONIO LOPEZ, JUAN PABLO BARRETO ANZURES, OCTAVIO PERALTA MARCELO, WILMER BATEN, SIXTO VICENTE, ELICIAS LORENZO MEJIA SAPON, JILMAR RAMIREZ (A/K/A JOSE PEREZ), RAFAEL VALENCIA ORTEGA, and JUAN JOSE CRUZ GARCIA, *on behalf of others similarly situated*,<br><br>        Plaintiffs,<br>   v.<br><br>GABI OPERATING CORP. (D/B/A MARINARA PIZZA (F/D/B/A SABA'S PIZZA)), BRITTGAB CORP. (D/B/A SABA'S PIZZA), PIZZA 84 LLC (D/B/A MARINARA PIZZA), PIZZA 54 INC. (D/B/A MARINARA PIZZA), MOSHGAB CORP. (D/B/A SABA'S PIZZA), PIZZA 26 LLC (D/B/A MARINARA PIZZA), PIZZA 10 LLC (D/B/A MARINARA PIZZA), GABRIEL WEISER and JONATHAN BANAYAN,<br><br>        Defendants. | Docket No.: 19-cv-00502 (RWL)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of William K. Oates dated January 31, 2023 and the exhibits attached thereto, and the Memorandum of Law in Support of Motion for Final Approval of Rule 23 Class and Collective Action Settlement Agreement dated January 31, 2023, the Named Plaintiffs, by counsel, will move this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street,

Courtroom 18D, New York, New York, 10007, before the Honorable Robert W. Lehrburger, for an Order: 1) granting Final Approval of the Rule 23 Class and Collective Action Settlement Agreement and Release; 2) confirming certification of the class and collective action; 3) confirming that the procedures for notifying the Class Members about the settlement, including the Notice to Class Members and related documents, constituted the best notice to all Class Members practicable under the circumstances and fully satisfied all necessary requirements of due process; 4) awarding the Named Plaintiffs service awards in the amount of $1,193.00; 5) awarding Class Counsel attorneys' fees in the amount of $25,639.00; 6) awarding the Claims Administrator its fees and costs in the amount of $11,997.00; 7) dismissing this action with prejudice; and 8) granting such other and further relief as this Court deems, just, proper, and equitable.

Dated: New York, New York
       January 31, 2023

                                                    CSM Legal, P.C.

                                                    /s/ William K. Oates
                                                    William K. Oates
                                                    *Attorneys for the Named Plaintiffs, the putative Rule 23 Class, and the putative FLSA Collective*
                                                    60 East 42nd Street, Suite 4510
                                                  New York, New York 10165
                                                  Tel.: (212) 317-1200

To:    Ilan Weiser, Esq.
          Ellenoff, Grossman, & Schole LLP
          *Attorneys for Defendants*
          1345 Avenue of the Americas, 11th Floor
          New York, New York 10105
          Tel.: (212) 370-1300